No. 12–344. GREEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF GREEN, ET AL. *v.* NASSIF. Ct. App. Md. Certiorari denied.

No. 12–375. ROCHA *v.* PETER PAN BUS LINE, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 12–400. LANGENECKERT *v.* WEBER ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 12–403. MAPLE *v.* HARLOW, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–415. MOSS, INDIVIDUALLY AND AS GUARDIAN OF HIS MINOR CHILD, ET AL. *v.* SPARTANBURG COUNTY SCHOOL DISTRICT SEVEN. C. A. 4th Cir. Certiorari denied.

No. 12–440. MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–449. CONNOLLY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 12–455. HOSSEINI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–468. R&L CARRIERS SHARED SERVICES, L. L. C., ET AL. *v.* BENNETT. C. A. 4th Cir. Certiorari denied.

No. 12–472. RENDON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5036. KELLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5093. CHANDIA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5234. RAUPP *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.